# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Geoffrey Polk,  )
  )
    Plaintiff,  )  Case No.: 3-25-cv-00239-ACP
  )
v.  )
  )  **MOTION FOR TELEPHONIC OR**
The Alaska Division of Insurance,  )  **VIDEO PARTICIPATION**
Division Director Heather Carpenter,  )
  Defendant.  )
  )

Pursuant to Local Civil Rule 7.3(i) and Federal Rule of Civil Procedure 43, Plaintiff Geoffrey Polk respectfully moves the Court for leave to participate by video conference or telephone in the hearing scheduled for April 6, 2026, at 2:00 p.m.

Good cause exists for remote participation. Polk is located outside the District of Alaska, and requiring in-person attendance for this hearing would impose substantial travel costs and logistical burden disproportionate to the matters at issue. Video or telephone participation will not prejudice any party, will not impair the Court's ability to conduct the proceedings, and will conserve the resources of both the parties and the Court.

Undersigned counsel has conferred with opposing counsel, who does not oppose this request.

**WHEREFORE**, Plaintiff Geoffrey Polk respectfully requests that the Court permit participation by video conference or telephone at the April 6, 2026 hearing.

Respectfully submitted,

___/S/Geoffrey Polk_____
Geoffrey Polk, Esq.
7627 Lake St. Ste 206 A34
River Forest, IL  60305
Ph:  312-929-3861
Email :  Geoff@geoffreypolk.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of March, 2026, a copy of the foregoing was

electronically served on the below Defendant via this Court's electronic filing system.

Kevin A. Higgins (Alaska Bar No. 0711104)
Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: kevin.higgins@alaska.gov
Attorney for State of Alaska

__/s/ Geoffrey Polk_____
Geoffrey Polk, Esq.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| Geoffrey Polk, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3-25-cv-00239-ACP |
| | ) | |
| v. | ) | |
| | ) | **[PROPOSED] ORDER** |
| The Alaska Division of Insurance, | ) | |
| Division Director Heather Carpenter, | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of Plaintiff Geoffrey Polk's Motion for Telephonic or Video Participation, and good cause appearing,

**IT IS HEREBY ORDERED** that Polk is permitted to participate by video conference in the hearing scheduled for April 6, 2026, at 2:00 p.m. The Clerk shall provide video conference or telephone access information to the parties.

**IT IS SO ORDERED.**

DATED**: _____**

_____

United States District/Magistrate Judge District of Alaska